UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SCOTT SCHRAMM,

    Plaintiff,

v.                                 Case No. 09-C-1197

MICHAEL ASTRUE,

    Defendant.

## ORDER REMANDING CASE

In accordance with Rule 12.1(b) of the Federal Rules of Appellate Procedure and Seventh Circuit Rule 57, this Court indicated that it was inclined to grant the unopposed motion recently filed under Fed. R. Civ. P. 60, in the event the Court of Appeals remanded this case. The Court of Appeals has now remanded the action, and the Rule 60 motion will therefore be **granted**.

The case is **REMANDED** under sentence four. Upon remand, the ALJ will be directed to: (1) provide limitations for social functioning in Schramm's residual functional capacity, (2) ensure that all medical source opinions are properly weighed and evaluated, (3) properly evaluate and discuss all pertinent medical evidence and testimony, (4) evaluate and discuss all evidence received after the ALJ's hearing decision, and (5) re-evaluate Schramm's bipolar disorder in light of his subsequent suicide.

**SO ORDERED** this   15th   day of November, 2011.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge